Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
JEFFREY E. LEVINE, ESQ. (SBN 255862)
COELL M. SIMMONS, ESQ. (SBN 292218)
3638 American River Drive
Sacramento, California 95864
Telephone:  (916) 978-3434
Facsimile:  (916) 978-3430
jlevine@mathenysears.com
csimmons@mathenysears.com

Attorneys for Defendant, U.S. XPRESS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI FISTLER,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MICHAEL BROOKS, U.S. XPRESS LEASING, INC., and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  2:23-cv-02386-WBS-CKD<br><br>**ORDER RE: STIPULATION TO CONTINUE TRIAL AND MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |

For good cause shown, considering the parties' stipulation, the Court modifies the schedule stated in its February 14, 2024 Order (ECF No. 8) as follows.

1. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by no later than December 9, 2025.

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with FRCP 26(a)(2) on or before January 9, 2026.

3. All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be conducted as to be completed by February 24, 2026.  All motions to compel discovery must be notices on the magistrate judge's calendar so that such motions may be heard (and any resulting orders obeyed) not later than February 24, 2026.

4. All motions, except motions for continuances, temporary restraining orders, or

other emergency applications, shall be filed on or before April 24, 2026.

    **5.**    The Final Pretrial Conference is set to **July 13, 2026 at 1:30 p.m.**

    6.    Trial is continued to **September 1, 2026 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: May 14, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

*ORDER RE: STIPULATION TO CONTINUE TRIAL AND MODIFY INITIAL PRETRIAL SCHEDULING ORDER*